

FILED

MAY – 5 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-0667 SBA-1 |
| Plaintiff, | **ORDER FOR RELEASE FROM FEDERAL CUSTODY** |
| v. | |
| ERIC K. NEAL, | |
| Defendant. | |

The defendant having appeared before the undersigned, and in accordance with the Court's order setting conditions of release and appearance,

IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant, who shall reside with Melinda Cosby at 6441 Brann St., Oakland, CA 94605. Defendant shall be in full compliance with all conditions of his supervised release and shall not use or possess any controlled substances without a legal prescription.

**IT IS SO ORDERED.**

Dated: May 5, 2017

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE